IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DWAYNE HAMILTON, JR, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-0636-CG-C |
| ) | |
| JETTA LOGISTICS CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiff's counsel notified the court that this action has been settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 26th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE